IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN W. JENTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:10-cv-00474-MJR-PMF |
| | ) | |
| CONAGRA FOODS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| JUSTIN BECKER and AMBER BECKER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 10-cv-0952-MJR-PMF |
| | ) | |
| CONAGRA FOODS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| ROBERT SCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 11-cv-0391-MJR-PMF |
| | ) | |
| CONAGRA FOODS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANT WEST SIDE SALVAGE INC.'S
DESIGNATION OF DEPOSITION OF ANTHONY YOUNT**

Defendant West Side Salvage, Inc. hereby designates the following portions of the deposition of Anthony Yount to be used at trial.

| Page | Line |
|------|------|
| 28 | 23-24 |
| 29 | 1-14 |

| | |
|---|---|
| 30 | 19-21 |
| 31 | 1 and 13-18 |
| 35 | 20-24 |
| 36 | 1-3 |
| 51 | 15-24 |
| 52 | 1-12 |
| 59 | 11-17 |
| 60 | 3-6 and 12-18 |
| 73 | 22-24 |
| 74 | 1-6 |
| 75 | 6-14 |
| 76 | 16-24 |
| 94 | 8-10 |
| 114 | 10-14 |
| 168 | 21-24 |
| 169 | 1-12 |
| 394 | 6-10 |
| 404 | 14-23 |
| 410 | 9-11 and 13-23 |

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

*/s/ Jason B. Moore*
JOHN G. SCHULTZ
JASON B. MOORE
8900 Ward Parkway
Kansas City, Missouri  64114
Phone: (816) 421-7100
Fax:    (816) 421-7915
*jschultz@fsmlawfirm.com*
*jmoore@fsmlawfirm.com*
**Attorneys for Defendant/Cross-Claim Defendant West Side Salvage, Inc.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 21, 2012, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the attorneys listed below:

Robert A. Clifford, Esq.
Kevin P. Durkin, Esq.
Colin H. Dunn, Esq.
Sean P. Driscoll, Esq.
Thomas K. Prindable, Esq.
Jennifer Gordon
**Clifford Law Offices, P.C.**
120 N. LaSalle Street, 31st Floor, Suite 3100
Chicago, IL 60602
Phone: (312) 899-9090/Fax:  (312) 251-1160
rac@cliffordlaw.com
kpd@cliffordlaw.com
chd@cliffordlaw.com
spd@cliffordlaw.com
tkp@cliffordlaw.com /jg@cliffordlaw.com
**Attorneys for Plaintiffs John Jentz and Robert Schmidt**

Brad L. Badgley, Esq.
**Brad L. Badgley, P.C.**
26 Public Square
Belleville, IL 62220
Phone: (618) 235-1000
bbadg@aol.com

**Attorneys for Plaintiff John Jentz**

Marc A. Taxman, Esq.
Sean P. Murray, Esq.
Todd P. Klein, Esq.
Angelica Jimenez
**Anesi, Ozmon, Rodin, Novak &**
**Kohen, Ltd.**
161 North Clark Street – 21st Floor
Chicago, IL  60601
Phone: 312-372-3822/Fax: 312-372-3823
mtaxman@anesilaw.com
smurray@anesilaw.com
tklein@anesilaw.com
ajimenez@anesilaw.com
**Attorneys for Plaintiffs Justin Becker and Amber Becker**

Matthew J. Petrzelka, Esq.
**Petrzelka & Breitbach, PLC**
1000 42ND Street SE, Suite A
Cedar Rapids, IA  52403
Phone: 319-365-3787/Fax:  319-365-3788
mpetrzelka@petrzelkabreitbach.com
**Attorneys for Plaintiffs Justin Becker and Amber Becker**

Gerald L. Maschka, Esq.
John M. Riedy, Esq.
**Maschka, Riedy & Ries, PLLP**
P.O. Box 7
Mankato, MN 56002-0007
Phone: 507-625-6600/Fax: 507-625-4002
jerry_maschka@mrr-law.com
jack_riedy@mrr-law.com
**Attorneys for Plaintiff Robert Schmidt**

Joseph C. Orlet, Esq.
Brandan P. Mueller, Esq.
Joseph A. Kilpatrick, Esq.
**Husch Blackwell LLP**
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Phone: 314-480-1500/Fax: 314-480-1505
joseph.orlet@hushblackwell.com
brandan.mueller@hushblackwell.com
joe.kilpatrick@hushblackwell.com
**Attorneys for Defendant/Cross-Claim**

**Plaintiff ConAgra Foods, Inc.**

John W. Patton, Jr., Esq.
David F. Ryan, Esq.
David W. Gray, Esq.
John A. Ouska, Esq.
**Patton & Ryan, LLC**
330 N. Wabash Ave, Suite 2900
Chicago, IL 60611
Phone: 312-261-5160/ Fax: 312-261-5161
jpatton@pattonryan.com
dryan@pattonryan.com
dgray@pattonryan.com
jouska@@pattonryan.com
**Attorneys for Defendant/Cross-Claim**
**Plaintiff ConAgra Foods, Inc.**

Stephen L. Beimdiek, Esq.
Sarah J. Hugg, Esq.
**LASHLY & BAER, PC**
714 Locust Street
St. Louis, Missouri 63101
Phone: 314-621-2939/Fax:  314-621-6844
sbeim@lashlybaer.com
shugg@lashlybaer.com
**Attorneys for Third-Party Defendant**
**A&J Bin Cleaning, LLC**

Storrs W. Downey, Esq.
**BRYCE DOWNEY & LENKOV, LLC**
200 North LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 377-1501/Fax:  (312) 377-1502
sdowney@brycedowney.com
**Attorneys for Third-Party Defendant**
**A & J Bin Cleaning, LLC**

Richard C. Wuestling, Esq.
Chandler Douglas Atkins, Esq.
M. Adina Johnson, Esq.
**WUESTLING & JAMES**
720 Olive Street, Suite 2020
St. Louis, Missouri 63101
Phone: 314-421-6500/Fax:  314-421-5556
wuestling@wuestlingandjames.com
atkins@wuestlingandjames.com

johnson@wuestlingandjames.com
**Attorneys for Intervenor**
**National American Insurance Company**


*/s/ Jason B. Moore*
**Attorney for Defendant/Cross-Claim Defendant**
**West Side Salvage, Inc.**