IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOHN W. JENTZ, | ) |
| | ) |
| Plaintiff, | ) No: 3:10-CV-474-MJR-PMF |
| | ) |
| vs. | ) |
| | ) |
| CONAGRA FOODS, INC., and WEST SIDE SALVAGE, INC., | ) |
| | ) |
| Defendants. | ) |

**VERDICT**

We, the jury, award punitive damages in favor of John Jentz and against the following defendant or defendants:

ConAgra Foods, Inc.          Yes  X          No ___

West Side Salvage, Inc.,     Yes  X          No ___

*(Note to jury: If you answer "no" as to either defendant, place a 0 on the line for that defendant on the appropriate line below.)*

We award punitive damages in favor of John Jentz and against defendant ConAgra Foods, Inc. in the amount of $33,333,333.33.

We award punitive damages in favor of John Jentz and against defendant West Side Salvage, Inc. in the amount of $1,000,000.00.

