IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOHN W. JENTZ, | ) |
| | ) |
| Plaintiff, | ) No: 3:10-CV-474-MJR-PMF |
| | ) |
| vs. | ) |
| | ) |
| CONAGRA FOODS, INC., and WEST SIDE SALVAGE, INC., | ) |
| | ) |
| Defendants. | ) |

## VERDICT FORM A

As to Counts I (Negligence – ConAgra) and III (Negligence – West Side Salvage), we, the jury, find for John Jentz and against the following defendant or defendants:

ConAgra Foods, Inc.            Yes X     No __

West Side Salvage, Inc.        Yes X     No __

We further find the following:

First: Without taking into consideration the question of reduction of damages due to the negligence of John Jentz, if any, we find that the total amount of damages suffered by John Jentz as a proximate result of the occurrence in question is $41,385,000.00, itemized as follows:

The disfigurement resulting from the injury                                    $ 20,000,000.00

The loss of a normal life experienced                                          $    750,000.00

The loss of a normal life reasonably certain to be experienced in the future   $  8,000,000.00

The increased risk of future harm resulting from the injuries                  $  1,000,000.00

| | |
|---|---|
| The emotional distress experienced | $ 1,500,000.00 |
| The emotional distress reasonably certain to be experienced in the future | $ 750,000.00 |
| The pain and suffering experienced | $ 5,000,000.00 |
| The pain and suffering reasonably certain to be experienced in the future | $ 1,000,000.00 |
| The reasonable and necessary medical care, treatment, and services received | $ 1,813,000.00 |
| The present cash value of the reasonable expenses of medical care, treatment and services reasonably certain to be received in the future | $ 1,100,600.00 |
| The value of earnings and benefits lost | $ 55,000.60 |
| The present cash value of the earnings and benefits reasonably certain to be lost in the future | $ 617,600.00 |
| PLAINTIFF JOHN JENTZ'S TOTAL DAMAGES | $ 46,971,150.60 |

Second: Assuming that 100% represents the total combined legal responsibility of all persons or entities that proximately caused John Jentz's injury, we find the percentage of legal responsibility attributable to each as follows:

(a)    John Jentz                                                                           1 %

(b)     ConAgra                                54  %

(c)     West Side Salvage                      45  %

(*Instructions to Jury: If you find that plaintiff was not contributorily negligent, or if you find any other party listed on the verdict form was not legally responsible in a way that proximately caused plaintiff's injury, you should enter a zero (0)% as to that party.*)

Fourth: After reducing the plaintiff's total damages from paragraph First by the percentage of negligence, if any, of John Jentz from line (a) in paragraph Second, we award John Jentz recoverable damages in the amount of $40,971,150.00

