IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN W. JENTZ, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | 10-CV-474-MJR |
| | ) | (Lead case) |
| CONAGRA FOODS, INC. AND WEST SIDE SALVAGE, INC., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

*Consolidated with:*

| | | |
|---|---|---|
| JUSTIN AND AMBER BECKER, | | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| VS. | ) | 10-CV-952-MJR |
| | ) | |
| CONAGRA FOODS, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

*Consolidated with:*

| | | |
|---|---|---|
| ROBERT SCHMIDT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | 11-CV-391-MJR |
| | ) | |
| CONAGRA FOODS, INC. AND WEST SIDE SALVAGE, INC., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

1

# JUDGMENT ON JURY VERDICTS

Judgment is entered on the jury verdicts in the above matters as follows[1]:

**A.    John W. Jentz vs. ConAgra Foods, Inc.**

    1.    As to Count I (Negligence) of the Fifth Amended Complaint, Doc. 394, judgment is entered in favor of Plaintiff John W. Jentz and against Defendant ConAgra Foods, Inc., in the amount of:  $22,455,900.00.[2]

    2.    As to Count II (Willful and Wanton - Punitive Damages) of the Fifth Amended Complaint, Doc. 394, judgment is entered in favor of Plaintiff John W. Jentz and against Defendant ConAgra Foods, Inc., in the amount of:  $33,333,333.33.

**B.    John W. Jentz vs. West Side Salvage, Inc.**

    1.    As to Count III (Negligence) of Fifth Amended Complaint, Doc. 394, judgment is entered in favor of Plaintiff John W. Jentz and against Defendant West Side Salvage, Inc., in the amount of:  $18,713,250.00.[3]

    2.    As to Count IV (Willful and Wanton - Punitive Damages) of the Fifth Amended Complaint, Doc. 394, judgment is entered in favor of Plaintiff John W. Jentz and against Defendant West Side Salvage, Inc., in the amount of:  $1,000,000.00.

**C.    Jentz - ConAgra Foods, Inc. vs. West Side Salvage, Inc. Cross-Claim for Contribution**

    1.    As to Count III (Contribution) of ConAgra Foods, Inc.'s, Cross-Claim for Contribution, Doc. 435, judgment is entered in favor of Cross-Plaintiff ConAgra Foods, Inc., and against Cross-Defendant West Side Salvage, Inc., in the amount of

---

[1]    Note: these amounts are "net" of Plaintiffs' comparative fault; that is, the gross jury verdict has been reduced for the comparative fault the jury assessed to Plaintiff John W. Jentz in the amount of 1%, and the amount of 5% as to Plaintiffs Justin Becker and Amber Becker.  No comparative fault was assessed by the jury as to Plaintiff Robert Schmidt.

[2]    This represents 54% of the legal responsibility the jury found proximately caused the injuries, after mathematical corrections made by the Court with agreement of all parties.

[3]    This represents 45% of the legal responsibility the jury found proximately caused the injuries, after mathematical corrections made by the Court with agreement of all parties.

ConAgra's payment in excess of its 54% share of $41,585,000.00, as apportioned by the jury.

D. **Jentz - West Side Salvage, Inc. vs. ConAgra Foods, Inc. Cross-Claim for Contribution**

1.   As to West Side Salvage, Inc.'s, Cross-Claim for Contribution, Doc. 419, judgment is entered in favor of Cross-Plaintiff West Side Salvage, Inc., and against Cross-Defendant ConAgra Foods, Inc., in the amount of West Side's payment in excess of its 45% share of $41,585,000.00, as apportioned by the jury.

E. **Justin Becker vs. ConAgra Foods, Inc.**

1.   As to Count I (Negligence) of the Sixth Amended Complaint, Doc. 390, judgment is entered in favor of Plaintiff Justin Becker and against Defendant ConAgra Foods, Inc., in the amount of: $33,620,500.00.[4]

2.   As to Count III (Willful and Wanton - Punitive Damages) of the Sixth Amended Complaint, Doc. 390, judgment is entered in favor of Plaintiff Justin Becker and against Defendant ConAgra Foods, Inc., in the amount of: $33,333,333.33.

F. **Amber Becker vs. ConAgra Foods, Inc.**

As to Count II (Negligence - Loss of Consortium) of the Sixth Amended Complaint, Doc. 390, judgment is entered in favor of Plaintiff Amber Becker and against Defendant ConAgra Foods, Inc., in the amount of: $237,500.00.

G. **Justin and Amber Becker – ConAgra vs. West Side Salvage, Inc. Third-Party Complaint for Contribution**

1.   As to Count III (Contribution) of ConAgra Foods, Inc.'s, Amended Third-Party Complaint, Doc. 436, judgment is entered in favor of Third-Party Plaintiff ConAgra Foods, Inc., and against West Side Salvage, Inc., in an amount not to exceed West Side Salvage, Inc.'s, workers' compensation liability.

---

[4]   This figure represents 51% of the legal responsibility the jury assessed to Defendant ConAgra Foods, Inc., as proximately causing Plaintiff's injuries and 44% of the legal responsibility the jury assessed to Plaintiff Justin Becker's employer, West Side Salvage, Inc., as proximately causing Plaintiff's injuries, which, under the doctrine of joint and several liability is the responsibility of Defendant ConAgra Foods, Inc.

**H.    Robert Schmidt vs. ConAgra Foods, Inc.**

    1.    As to Count I (Negligence) of the Second Amended Complaint, Doc. 395, judgment is entered in favor of Plaintiff Robert Schmidt and against Defendant ConAgra Foods, Inc., in the amount of:  $1,894,750.00.

    2.    As to Count II (Willful and Wanton - Punitive Damages) of the Second Amended Complaint, Doc. 395, judgment is entered in favor of Plaintiff Robert Schmidt and against Defendant ConAgra Foods, Inc., in the amount of: $33,333,333.34.

**I.    Robert Schmidt vs. West Side Salvage, Inc.**

    1.    As to Count III (Negligence) of the Second Amended Complaint, Doc. 395, judgment is entered in favor of Plaintiff Robert Schmidt and against Defendant West Side Salvage, Inc., in the amount of:  $1,020,250.00.

    2.    As to Count IV (Willful and Wanton-Punitive Damages) of the Second Amended Complaint, Doc. 395, judgment is entered in favor of Defendant West Side Salvage, Inc., and against Plaintiff Robert Schmidt.

**J.    Schmidt – ConAgra Foods, Inc. vs. West Side Salvage Inc. Cross-Claim for Contribution**

    1.    As to Count III (Contribution) of ConAgra Foods, Inc.'s, Second Amended Cross-Claim for Contribution, Doc. 434, judgment is entered in favor of Cross-Plaintiff ConAgra Foods, Inc., and against Cross-Defendant West Side Salvage, Inc., in the amount of ConAgra's payment in excess of its 65% share of $2,915,000.00, as apportioned by the jury.

**K.    Schmidt – West Side Salvage Inc. vs. ConAgra Foods, Inc. Cross-Claim for Contribution**

    1.    As to West Side Salvage, Inc.'s, Cross-Claim for Contribution, Doc. 421, judgment is entered in favor of Cross-Plaintiff West Side Salvage, Inc., and against Cross-Defendant ConAgra Foods, Inc., in the amount of West Side's payment in excess of its 35% share of $2,915,000.00, as apportioned by the jury.

**L.    ConAgra Foods, Inc. vs. Defendant West Side Salvage, Inc**.

    1.    As to Count IV (Breach of Contract) of the Amended Third-Party Complaint against West Side Salvage, Inc., Doc. 436, judgment is entered in favor of Third-Party Plaintiff ConAgra Foods, Inc., and against Defendant West Side Salvage, Inc., in the amount of:  $3,000,000.00.

**M.** **Becker – ConAgra Foods, Inc. vs. Justin and Amber Becker Counterclaim for Setoff**

1. As to Defendant ConAgra Foods, Inc.'s, Counterclaim for Setoff, Doc. 349, judgment is entered in favor of Defendant ConAgra Foods, Inc., for a setoff in the amount of $900,000.00 against Justin and Amber Becker's judgments against Defendant ConAgra Foods, Inc.

**N.** **Jentz and Schmidt – ConAgra Foods, Inc. vs. John W. Jentz and Robert Schmidt, West Side Salvage, Inc. vs. John W. Jentz and Robert Schmidt Counterclaim for Setoff**

1. As to Defendants ConAgra Foods, Inc.'s, and West Side Salvage, Inc.'s, Counterclaims for Setoff, Docs, 348 and 372, respectively, judgment is entered in favor of Defendants ConAgra Foods, Inc., and West Side Salvage, Inc., for a setoff in an amount equal to the amount of the past and future workers' compensation liens, which were waived by John Jentz's and Robert Schmidt's employer, A&J Bin Cleaning, LLC, as described in its Motion to Dismiss, Doc. 316, against Plaintiffs John W. Jentz and Robert Schmidt.

Enter this 6th day of August, 2012

                                                        NANCY J. ROSENSTENGEL, Clerk
                                                        s/ Deborah Weiss
                                                        Deputy Clerk

s/Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge