IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN W. JENTZ, | ) | Case Nos. |
| JUSTIN BECKER, | ) | 10-cv-474-MJR (lead case) |
| AMBER BECKER, and | ) | 10-cv-952-MJR |
| ROBERT SCHMIDT, | ) | 11-cv-391-MJR |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONAGRA FOODS, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that defendant ConAgra Foods, Inc. hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment entered in these actions on August 7, 2012 (Dkt. #504), from the Order entered in these actions on February 8, 2013 denying ConAgra's timely post-trial motions under Rules 50 and 59 of the Federal Rules of Civil Procedure (Dkt. #536), and from the Amended Judgment entered in these actions on February 8, 2013 (Dkt #539).

In appealing from the Final Judgment, the Order, and the Amended Judgment, ConAgra appeals from any and all orders antecedent and ancillary thereto, including any and all interlocutory judgments, decrees, decisions, rulings, verdicts, and opinions that merged into and became part of the Final Judgment, the Order, and/or the Amended Judgment, that shaped the Final Judgment, the Order, and/or the Amended Judgment, that are related to the Final Judgment, the Order, and/or the Amended Judgment, and upon which the Final Judgment, the Order, and/or the Amended Judgment are based.

Date:   March 4, 2013              Respectfully submitted,

                                   /s/ *Christopher Landau*
                                   Christopher Landau, P.C.
                                   Kirkland & Ellis LLP
                                   655 Fifteenth St., N.W.
                                   Washington, DC   20005
                                   (202) 879-5087
                                   *clandau@kirkland.com*

                                   *Counsel for Defendant ConAgra Foods, Inc.*

cc: All counsel on ECF system