# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

September 9, 2014

Before:    FRANK H. EASTERBROOK, Circuit Judge
           DANIEL A. MANION, Circuit Judge
           ILANA DIAMOND ROVNER, Circuit Judge

| Nos.: 13-1505, 13-1542, 13-1543 & 13-1544 | JOHN W. JENTZ, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> CONAGRA FOODS, INCORPORATED and WEST SIDE SALVAGE, INCORPORATED, <br> Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:10-cv-00474-MJR-PMF, et al., <br> Southern District of Illinois <br> District Judge Michael J. Reagan | |

The judgment against ConAgra is REVERSED. The contract judgment in favor of ConAgra and against West Side is AFFIRMED. The award of punitive damages against West Side is REVERSED, and the awards of compensatory damages against West Side are AFFIRMED. The case is REMANDED to the district court for the limited purpose of determining how these decisions affect indemnification or contribution. ConAgra recovers its costs; plaintiffs and West Side bear their own costs. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)