IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JOHN W. JENTZ et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No: 3:10-CV-474-MJR-PMF |
| | ) | No. 3:10-CV-952-MJR-PMF |
| | ) | No. 3:11-CV-391-MJR-PMF |
| vs. | ) | Judge: Michael J. Reagan |
| | ) | |
| CONAGRA FOODS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF JOHN JENTZ AND ROBERT SCHMIDT'S MOTION FOR LEAVE TO FILE UNDER SEAL THEIR MEMORANDUM IN SUPPORT OF THEIR CLAIM OF INDIGENCY AND OBJECTION TO CONAGRA'S BILL OF COSTS**

Plaintiffs JOHN JENTZ and ROBERT SCHMIDT, through their undersigned counsel, file this Motion for leave to file under seal their Memorandum in support of their claim of indigency and objection to CONAGRA's Bill of Costs and supporting affidavits, and in support state as follows:

1. This matter arises out of a grain bin explosion and trial from that explosion.

2. ConAgra has filed a bill of costs seeking over $1 million dollars in costs. (Doc. 604). Plaintiffs have filed a response in opposition to that bill of costs (Doc. 608) and a reply in support of that opposition (Doc. 612).

3. On May 5, 2015, this Court entered an order requiring Plaintiffs to file sworn affidavits (and any financial statements/other evidence of assets, income, and expenses they chose) in support of their claims of indigency. (Doc. 617).

4. Plaintiffs are prepared to file those affidavits today. But those affidavits contain personal, sensitive financial information regarding the net amount of the settlements between

Plaintiffs and West Side, as well as the location of those monies.  And the settlements are subject to a confidentiality agreement.

5.   ConAgra does not oppose this motion.

WHEREFORE Plaintiffs request leave to file their Memorandum in support of their claim of indigency and objection to CONAGRA's Bill of Costs and supporting affidavits under seal.

Respectfully Submitted,

s/ Colin H. Dunn
Attorneys for Plaintiffs Jentz and Schmidt

**ATTORNEYS FOR PLAINTIFFS JENTZ & SCHMIDT**
Robert A. Clifford
Kevin P. Durkin
Colin H. Dunn
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle-31st Floor
Chicago, IL 60602

Brad L. Badgley
Brad L. Badgley, P.C.,
26 Public Square
Belleville, Illinois 62220

Gerald L. Maschka
Maschka, Riedy & Ries Law Firm
201 North Broad Street - Suite 200
Mankato, Minnesota 56002