# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN W. JENTZ, <br><br> Plaintiff, <br><br> v. <br><br> CONAGRA FOODS, INC., and WEST SIDE SALVAGE, INC., <br><br> Defendants. | No. 3:10-cv-00474-MJR-PMF <br><br> **DEFENDANT CONAGRA FOODS, INC.'S SATISFACTION OF JUDGMENT** |
| -----*Consolidated with;*----- | |
| JUSTIN and AMBER BECKER, <br><br> Plaintiffs, <br><br> v. <br><br> CONAGRA FOODS, INC., <br><br> Defendant. | **No. 3:10-cv-00952-MJR** <br><br> **DEFENDANT CONAGRA FOODS, INC.'S SATISFACTION OF JUDGMENT** |
| -----*Consolidated with;*----- | |
| ROBERT SCHMIDT, <br><br> Plaintiff, <br><br> v. <br><br> CONAGRA FOODS, INC. and WEST SIDE SALVAGE, INC. <br><br> Defendants. | **No. 3:11-cv-00391-MJR** <br><br> **DEFENDANT CONAGRA FOODS, INC.'S SATISFACTION OF JUDGMENT** |

Exhibit 1

1

I, Carey Bartell, am Vice President and Chief Counsel, Litigation, of Defendant Conagra Brands, Inc. (formerly known as ConAgra Foods, Inc. and hereinafter "Conagra"), which is the owner and holder of a Second Amended Judgment against Defendant West Side Salvage, Inc. ("West Side"), in the above cause of action, which Second Amended Judgment is dated March 19, 2015 (doc. 615).

I, on behalf of Conagra, release and discharge West Side and declare the Judgment fully satisfied.

I further authorize this Satisfaction of Judgment to be filed in the office of the Clerk of Court of the United States District Court for The Southern District of Illinois.

Dated this 26th day of May, 2017.

CONAGRA BRANDS, INC.

By: Carey Bartell
Its: Vice President and Chief Counsel, Litigation


STATE OF  ILLINOIS   )
                     ) SS:
COUNTY OF  COOK      )

This instrument was acknowledged before me on the 26 day of May, 2017, by Carey Bartell, the Vice President and Chief Counsel, Litigation of Conagra Brands, Inc.

Notary Public in and for said State

JUDITH A HOGAN
Official Seal
Notary Public – State of Illinois
My Commission Expires Jan 13, 2021

Exhibit 1
2

8281362

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

**ATTORNEYS FOR PLAINTIFFS**
**JENTZ & SCHMIDT**
Robert A. Clifford
Kevin P. Durkin
Colin H. Dunn
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle-31st Floor
Chicago, IL 60602

Brad L. Badgley
Brad L. Badgley, P.C.,
26 Public Square
Belleville, Illinois 62220

Gerald L. Maschka
Maschka, Riedy & Ries Law Firm
201 North Broad Street - Suite 200
Mankato, Minnesota 56002

**ATTORNEYS FOR BECKER**
**PLAINTIFFS**
Marc A. Taxman
Sean P. Murray
Julie L. Pustilnik
ANESI OZMON RODIN NOVAK & KOHEN LTD.
161 N. Clark-21st Floor
Chicago, IL 60601

**ATTORNEY FOR ILLINOIS TRIAL**
**LAWYERS ASSOCIATION**
Bruce R. Pfaff
ITLA Amicus Committee Chair
PFAFF, GILL & PORTS, LTD.
One E. Wacker Drive, Suite 3310
Chicago, Illinois 60601-1918

**ATTORNEYS FOR**
**DEFENDANT WEST SIDE**
**SALVAGE, INC.**
John G. Schultz
FRANKE SCHULTZ & MULLEN, P.C.
8900 Ward Parkway
Kansas City, Missouri 64114
Phone: (816) 421-7100
Fax: (816) 421-7915

Hugh C. Griffin
Jacob Z. Goldstein
HALL PRANGLE & SCHOONVELD, LLC
200 South Wacker Drive
Suite 3300
Chicago, Illinois 60606
Phone: (312) 267-6234
Fax: (312) 345-9608

**ATTORNEY FOR**
**INTERVENOR NATIONAL**
**AMERICAN INSURANCE**
**COMPANY**
Richard C. Wuestling
Wuestling & James
720 Olive Street Suite 2020
St. Louis, MO 63101
Phone: 314-421-6500

Exhibit 1
3
8281362

*/s/ Joseph C. Orlet*
Joseph C. Orlet
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 480-1500

*Attorneys for Defendant Conagra Brands, Inc.*

Exhibit 1
4
8281362